# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2005

130031 & (71)(72)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

LARRY A. MCGHEE,
          Defendant-Appellant.

SC: 130031
COA: 256767
Oakland CC: 01-177766-FC

_____/

On order of the Court, the motion to file a brief that exceeds the 50-page limit and the motion for immediate consideration of the motion to file a brief that exceeds the 50-page limit are considered, and they are GRANTED. The application for leave to appeal the November 8, 2005 judgment of the Court of Appeals remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2005

_____
Clerk

s1220